**Order entered January 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01360-CV

## IN THE ESTATE OF ATATIANA JEFFERSON, DECEASED

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-19-03438-1**

## ORDER

The reporter's record is overdue. By letter dated November 12, 2019, the Court instructed appellant to provide, within ten days, proof that he has requested preparation of the reporter's record and paid or made arrangements to pay the reporter's fee. We cautioned appellant that failure to comply may result in an order that the appeal be submitted without the reporter's record. *See* Tex. R. Civ. P. 37.3(c). As of today's date, appellant has not responded. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See id*.

Appellant shall file his brief on the merits by **March 2, 2020**.

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE